UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-61841-CIV-ALTONAGA/BROWN

FORT YOUNG (1986) LTD.,              )
                                     )
    Plaintiff,                       )
v.                                   )
                                     )
BETH WATSON-JONES, NEAL              )
WATSON, and NEAL WATSON'S            )
UNDERSEA ADVENTURES, INC.            )
d/b/a REAL CARIBBEAN TRAVEL,         )
                                     )
    Defendants.                      )
_____)

**NOTICE REGARDING ATTORNEYS' FEES AND COSTS**

    Pursuant to this Court's Final Judgment [D.E. 56], Plaintiff hereby notifies the Court that the parties cannot agree upon the amount of reasonable attorneys' fees and costs to be awarded Plaintiff in this action, and respectfully requests that the Court set a hearing to determine the amount of reasonable attorneys' fees and costs to be awarded to Plaintiff, pursuant to the Final Judgment.

    Respectfully submitted,

By:    s/Andrew C. DeWeese
        Melanie E. Damian, P.A.
          Fla. Bar No. 0099392
        Kenneth Dante Murena, P.A.
          Fla. Bar No. 147486
        Andrew C. DeWeese
          Fla. Bar No. 59925
        Damian & Valori, LLP
        *Counsel for Plaintiff*
        1000 Brickell Avenue, Suite 1020
        Miami, Florida 33131
        Telephone 305-371-3960
        Facsimile 305-371-3965